UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES CULPEPPER AND
FRANCHELE ADAMS,

      Case No. 15-12386

   Plaintiffs,

      Honorable Nancy G. Edmunds

v.

DETROIT POLICE OFFICER HAROLD
ROCHON, ET AL.

   Defendants.
_____/

**ORDER OF DISMISSAL AS TO PLAINTIFFS' STATE LAW CLAIM**

    Plaintiffs James Culpepper and Franchele Adams filed suit against a number of Detroit Police Officers alleging violations of the United States Constitution and 42 U.S.C. § 1983. Additionally, Plaintiffs have asserted one count of gross negligence under Michigan state law.

    Seeing as the parties to this matter are non-diverse, this Court declines to exercise supplemental jurisdiction over the latter claims so as to avoid jury confusion. *See* 28 U.S.C. § 1367(c); *Moor v. County of Alameda*, 411 U.S. 693, 716 (U.S. 1973); *Padilla v. City of Saginaw*, 867 F. Supp. 1309 (E.D. Mich. 1994). Thus, pursuant to 28 U.S.C. § 1367(c), all of Plaintiffs' claims based on state law, including Count II, are hereby DISMISSED WITHOUT PREJUDICE. This Court will retain jurisdiction over Plaintiffs' federal claims only.

SO ORDERED

s/Nancy G. Edmunds
Nancy G. Edmunds
United States District Judge

Dated: July 23, 2015

I hereby certify that a copy of the foregoing document was served upon counsel of record on July 23, 2015, by electronic and/or ordinary mail.

s/Carol J. Bethel
Case Manager